Diana Cline Ebron, Esq.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
Karen L. Hanks, Esq.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
Kim Gilbert Ebron
*fka Howard Kim & Associates*
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>Plaintiff,<br><br>vs.<br><br>MADEIRA CANYON HOMEOWNERS' ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.; and SFR INVESTMENTS POOL 1, LLC; and<br><br>Defendants. | Case No. 2:16-cv-00656-RFB-CWH<br><br>**SFR INVESTMENTS POOL 1, LLC'S DEMAND FOR SECURITY OF COSTS PURSUANT TO NRS 18.130(1)** |

SFR INVESTMENTS POOL 1, LLC ("SFR") hereby demands that plaintiff BANK OF AMERICA, N.A., ("BANA" or "Bank"), an out-of-state resident, post a cost bond pursuant to NRS 18.130(1).

In Nevada, if a plaintiff resides outside of Nevada or is a foreign corporation, like the Bank, "security for the costs and charges which may be awarded against such plaintiff may be required by defendant, by the filing and service on plaintiff of a written demand within the time limited for answering the complaint." NRS 18.130(1). When a defendant demands a cost bond, "all proceedings in the action shall be stayed" until plaintiff files "an undertaking, executed by two or more persons, to the effect that they will pay such costs and charges as may be awarded against the plaintiff by judgment, or in the progress of the action . . . or the plaintiff may deposit $500 with the clerk of the court." *Id.* "After the lapse of 30 days from the service of notice that security is

- 1 -

required, or of an order for new or additional security, upon proof thereof, and that no undertaking as required has been filed, the court or judge may order the action to be dismissed." NRS 18.130(4).

"It is the policy of the United States District Court for the District of Nevada to enforce the requirements of NRS 18.130 in diversity actions." *Feagins v. Trump Organization*, 2012 WL 925027 (D. Nev.)(*citing Hamar v. Hyatt Corp*., 98 F.R.D. 305, 305-6 (D. Nev. 1983); *Arrambide v. St. Mary's Hosp., Inc.*, 647 F.Supp. 1148, 1149 (D. Nev. 1986).)

Here, BANA, a subsidiary of Bank of America Corporation, a Delaware registered corporation, is not a citizen of Nevada, but rather a national banking association with its headquarters in North Carolina. Accordingly, SFR demands that the Bank post a $500 cost bond within 30 days and that the proceedings be stayed until such cost bond is posted. Should the Bank fail to comply with the requirements of NRS 18.130 within 30 days, SFR requests this action be dismissed.

DATED April 18, 2016.

**KIM GILBERT EBRON**

*/s/ Diana Cline Ebron*
DIANA CLINE EBRON, ESQ.
Nevada Bar No. 10580
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
*Attorneys for SFR Investments Pool 1, LLC*

IT IS ORDERED that [7] Motion for Demand for Security of Costs is GRANTED. Plaintiff Bank of America, N.A. shall post a cost bond of $500.00 or make a cash deposit of $500.00 with the clerk of court within seven days of this Order.

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge
DATED this 3rd day of May, 2016.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of April 2016, pursuant to FRCP 5, I served via the CM-ECF electronic filing system the foregoing **SFR INVESTMENTS POOL 1, LLC'S DEMAND FOR SECURITY OF COSTS PURSUANT TO NRS 18.130(1),** to the following parties:

Ariel E. Stern
Natalie L. Winslow
Akerman LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
(702) 634-5000
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com

*Counsel for BANK OF AMERICA, N.A.*

/s/ Alan G. Harvey
An employee of KIM GILBERT EBRON