1  DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
2  E-Mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
3  Nevada Bar No. 10593
E-Mail: jackie@kgelegal.com
4  KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
5  E-Mail: karen@kgelegal.com
KIM GILBERT EBRON
6  7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada  89139-5974
7  Telephone: (702) 485-3300
Facsimile: (702) 485-3301
8  *Attorney for SFR Investments Pool 1, LLC*

9  **UNITED STATES DISTRICT COURT**

10  **DISTRICT OF NEVADA**

11  BANK OF AMERICA, N.A.,                    Case No.:  2:16-cv-00656-RFB-DJA

12                              Plaintiff,     **NOTICE OF SETTLEMENT AND
                                               STIPULATION AND ORDER TO**
13  vs.                                        **EXTEND STAY OF LITIGATION**

14  MADEIRA CANYON HOMEOWNERS'
ASSOCIATION; NEVADA ASSOCIATION
15  SERVICES, INC.; and SFR INVESTMENTS
POOL 1, LLC,
16
                            Defendants.
17

18  SFR INVESTMENTS POOL 1, LLC, a
Nevada limited liability company,
19
            Counterclaimant/Cross-Claimant,
20
vs.
21
BANK OF AMERICA, N.A.; and NEIL R.
22  KING, an individual,

23          Counter-Defendant/Cross-Defendant.

24
            PLEASE TAKE NOTICE that Bank of America, N.A. ("BANA") and SFR Investments
25
Pool 1, LLC ("SFR") have reached a global settlement in principal on multiple properties,
26
including the Property at issue in this case. The settlement will resolve all claims between BANA
27
and SFR.
28

- 1 -

KIMGILBERT EBRON
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

1   BANA and SFR have agreed to stay the litigation for ninety (90) days to allow additional

2   time to finalize settlement. This will also provide an opportunity for BANA to discuss the

3   potential for settlement as to its claims against Madeira Canyon Homeowners Association (the

4   "Association").

5   Accordingly, BANA, SFR and the Association (collectively the "Parties") are submitting

6   the instant Stipulation and Order seeking to extend the already existing stay of litigation in this

7   matter.

8   Pursuant to a Minute Order in Chambers issued on October 17, 2019, this case was

9   administratively stayed pending the result of the Nevada Supreme Court's order of en banc

10   reconsideration in the case *Bank of America, N.A. v. Thomas Jessup, LLC Series VII*. [ECF No.

11   63.] The Minute Order set a deadline of 30 days after the stay was lifted for refiling dispositive

12   motions. [ECF No. 63.] The Nevada Supreme Court issued its Order of en banc reconsideration

13   on May 7, 2020. *Bank of America, N.A. v. Thomas Jessup, LLC Series VII*, 462 P.3d 255 (Nev.

14   2020) (unpublished disposition), thereby resolving that issue. While the issuance of the Order did

15   not automatically lift the stay in this case, in an abundance of caution, the Parties hereby stipulate

16   to vacate the dispositive motion deadline set by the Court's October 7, 2019, Order, and stipulate

17   to extend the stay of litigation for ninety (90) days to allow additional time to finalize settlement.

18   …

19

20   …

21

22   …

23

24   …

25

26   …

27

28   …

KIMGILBERT EBRON
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

**KIMGILBERT EBRON**
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

1  The Parties further request the court set a deadline for filing a status report regarding the

2  settlement for ninety (90) days from entry of this Stipulation and Order. This request to stay is

3  being made in the interest of preserving judicial resources and, as set forth above, to allow

4  additional time to finalize settlement. The Parties reserve the right to move to lift the stay and

5  reinstate deadlines before the ninety (90) days if any of them choose to do so.

| | |
|---|---|
| DATED this 5th day of June, 2020.<br><br>**KIM GILBERT EBRON**<br><br>*/s/ Jacqueline A. Gilbert*<br>JACQUELINE A. GILBERT, ESQ.<br>Nevada Bar No. 10593<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br>E-mail: jackie@kgelegal.com<br>*Attorneys for SFR Investments Pool 1, LLC* | DATED this 5th day of June, 2020.<br><br>**AKERMAN LLP**<br><br>*/s/ Holly E. Walker*<br>DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>HOLLY E. WALKER, ESQ.<br>Nevada Bar No. 14295<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br>E-mail: darren.brenner@akerman.com<br>E-mail: holly.walker@akerman.com<br>*Attorneys for Bank of America, N.A.* |
| | DATED this 5th day of June, 2020.<br><br>**LIPSON NEILSON P.C.**<br><br>*/s/ Amber M. Williams*<br>J. WILLIAM EBERT, ESQ.<br>Nevada Bar No. 2697<br>AMBER M. WILLIAMS, ESQ<br>Nevada Bar No. 12301<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, Nevada 89144<br>E-mail: bebert@lipsonneilson.com<br>E-mail: awilliams@lipsonneilson.com<br>*Attorneys for Madeira Canyon Homeowners Association* |

**<u>ORDER</u>**

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 11th day of June, 2020.