ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
HOLLY E. WALKER, ESQ.
Nevada Bar No. 14295
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:  (702) 634-5000
Facsimile:   (702) 380-8572
Email:  ariel.stern@akerman.com
Email:  holly.walker@akerman.com

*Attorneys for plaintiff and counter-defendant
Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No.: 2:16-cv-00656-RFB-DJA |
|         Plaintiff, | |
| v. | **JOINT STATUS REPORT AND STIPULATION TO CONTINUE STAY** |
| MADEIRA CANYON HOMEOWNERS ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.; and SFR INVESTMENTS POOL 1, LLC, | **(THIRD REQUEST)** |
|         Defendants. | |
| AND ALL RELATED MATTERS. | |

Plaintiff and counter-defendant Bank of America, N.A. (**BANA**), defendant Madeira Canyon Homeowners' Association, and defendant, counterclaimant and cross-claimant SFR Investments Pool, LLC stipulate and agree to continue the stay of proceedings up to and including June 4, 2021.  In support of this stipulation, the parties represent as follows.

1.      On June 5, 2020, the parties filed a stipulation and order to vacate the dispositive motions deadline and continue the already existing stay of litigation for 90 days.

2.      As part of the stipulation, the parties indicated BANA and SFR had reached a settlement in principle, which had been executed, but required additional time for SFR to perform a condition precedent to the settlement.

1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

3.      The property in this case is part of a more global settlement between BANA and SFR involving a significant number of cases.  BANA and SFR have worked diligently to get the settlement finalized, but due to the COVID-19 pandemic, the parties to the settlement agreed to extend the time for performance and are still working on performing a condition precedent to the settlement. The most recent signed agreement provides for full resolution of the condition precedent on or before May 5, 2021.

4.      The parties therefore agree to continue the stay of proceedings up to and including June 4, 2021.  This will afford BANA and SFR additional time to finalize the settlement without incurring extra expenses or burdening the court.  Additionally, this will allow time for settlement discussion to continue between BANA and Madeira Canyon.  The parties are aware of the extended time resolving this matter has taken and appreciate the court's patience.

5.      The parties agree any party may move to lift the stay during the time this matter is stayed pursuant to this stipulation.  The parties further reserve the right to stipulate to lift the stay during the time this matter is stayed pursuant to this stipulation.

///
///
///
///
///
///
///
///
///
///
///
///
///
///

2

55621437;1

1    6.    This is the parties' third request for a continuance of the stay of proceedings and is not

2  intended to cause any delay or prejudice to any party.

3    DATED this 7th day of December, 2020.

4  **AKERMAN LLP**                                    **KIM GILBERT EBRON**

5  _/s/ Holly E. Walker_                             _/s/ Chantel M. Schimming_

6  ARIEL E. STERN, ESQ.                              DIANA S. EBRON, ESQ.
   Nevada Bar No. 8276                               Nevada Bar No. 10580
7  HOLLY E. WALKER, ESQ.                             JACQUELINE A. GILBERT, ESQ.
   Nevada Bar No. 14295                              Nevada Bar No. 10593
8  1635 Village Center Circle, Suite 200             CHANTEL M. SCHIMMING, ESQ.
                                                     Nevada Bar No. 8886
9  Las Vegas, NV 89134                               7625 Dean Martin Drive, Suite 110
                                                     Las Vegas, NV 89139
10 _Attorneys for plaintiff and counter-defendant_
   _Bank of America, N.A._                           _Attorneys for defendant, counterclaimant and_
11                                                   _cross-claimant SFR Investments Pool 1, LLC_

12

13 **LIPSON NEILSON P.C.**

14 _/s/ Amber M. Williams_

15 J. WILLIAM EBERT, ESQ.
   Nevada Bar No. 2697
16 AMBER M. WILLIAMS, ESQ.
   Nevada Bar No. 12301
17 9900 Covington Cross Drive, Suite 120
   Las Vegas, Nevada 89144

18
   _Attorney for defendant Madeira Canyon_
19 _Homeowners Association_

20                              **ORDER**

21    Based on the foregoing stipulation, **IT IS HEREBY ORDERED** that the litigation stay is

22 continued up to and including June 4, 2021.  The parties are to file a status report on or before June 4,

23 2021.                              IT IS SO ORDERED:

24

25    _____

26    RICHARD F. BOULWARE, II
      United States District Judge
27    DATED this 9th day of December, 2020.

28

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572