ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for plaintiff and counter-defenadant
Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>Plaintiff,<br><br>v.<br><br>MADEIRA CANYON HOMEOWNERS ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.; and SFR INVESTMENTS POOL 1, LLC,<br><br>Defendants.<br><br>AND ALL RELATED CLAIMS | Case No.: 2:16-cv-00656-RFB-DJA<br><br>**STIPULATION AND ORDER DISMISSING ALL REMAINING CLAIMS AND TO RELEASE COST BOND** |

Plaintiff and counter-defendant Bank of America, N.A. (**BANA**), defendant Madeira Canyon Homeowners' Association, and defendant, counterclaimant and cross-claimant SFR Investments Pool, LLC stipulate to dismiss all remaining claims, with prejudice, each party to bear its own attorneys' fees and costs.

The parties note defendant Nevada Association Services, Inc. (**NAS**) answered BANA's complaint on April 25, 2016, through its former in-house counsel Chris Yergensen, ECF No. 9, but has not participated in this case for several years. BANA requests the court dismiss its claims against NAS so this matter can be closed. NAS does not plead any affirmative claims.

///

///

1

58358898;1

The parties further stipulate the $500.00 cash deposit BANA tendered to the clerk of court on May 5, 2016, ECF No. 14, shall be released to BANA c/o its counsel, Donna M. Wittig, Esq., Akerman LLP, 1635 Village Center Circle, Suite 200, Las Vegas, Nevada 89134.

DATED: June 4, 2021

**AKERMAN LLP**

*/s/ Donna M. Wittig*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134

*Attorneys for plaintiff and counter-defendant Bank of America, N.A.*

**KIM GILBERT EBRON**

*/s/ Jacqueline A. Gilbert*
DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
CHANTEL M. SCHIMMING, ESQ.
Nevada Bar No. 8886
7625 Dean Martin Drive, Suite 110
Las Vegas, NV 89139

*Attorneys for defendant, counterclaimant and cross-claimant SFR Investments Pool 1, LLC*

**LIPSON NEILSON P.C.**

*/s/ Amber M. Williams*
J. WILLIAM EBERT, ESQ.
Nevada Bar No. 2697
AMBER M. WILLIAMS, ESQ.
Nevada Bar No. 12301
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144

*Attorney for defendant Madeira Canyon Homeowners Association*

**IT IS SO ORDERED**.

_____
RICHARD E. BOULWARE, II
United States District Court

DATED this 7th day of June, 2021.

2

58358898;1